```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GIPSY PEREZ,                    :
                                :
         Plaintiff              :   CIVIL No. 3:12-CV-01713
                                :
    vs.                         :   Hon. John E. Jones III
                                :
CAROLYN W. COLVIN, ACTING       :
COMMISSIONER OF SOCIAL          :
SECURITY,                       :
                                :
         Defendant              :
```

## ORDER

**February 10, 2014**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Gipsy Perez as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Gipsy Perez supplemental security income benefits is affirmed.

3. The Clerk of Court shall close this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge